**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-2005

DARIEN CORNELIUS JUNE,

Plaintiff - Appellant,

v.

DICK SMITH AUTOMOTIVE GROUP; SCOTT FAIREY; JOSEPH STUBAUS,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Mary G. Lewis, District Judge. (3:23-cv-04995-MGL)

Submitted: March 12, 2026                     Decided: March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darien Cornelius June, Appellant Pro Se. William Lee Duda, Sarah M. Gable, OGLETREE DEAKINS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darien Cornelius June appeals the district court's order adopting the magistrate judge's recommendation to grant Defendants summary judgment on June's state law defamation claims and his claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.[*] Limiting our review to the issues raised in June's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and to the magistrate judge's rulings to which June specifically objected, *see Martin v. Duffy*, 858 F.3d 239, 245-46 (4th Cir. 2017), we find no reversible error. Accordingly, we affirm the district court's order. *June v. Dick Smith Auto. Grp.*, No. 3:23-cv-04995-MGL (D.S.C. Aug. 5, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] June has filed a motion for appointment of counsel, which we deny.